IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | | |
|---|---|---|
| Edward R. Sun, M.D., | ) | C/A NO.3:10-379-JFA |
| Plaintiff, | ) | |
| v. | ) | |
| Jackson & Coker Locum Tenens, LLC, | ) | |
| Defendant. | ) | |

This matter comes before the court on the motion of defendant Jackson & Coker Locum Tenens, LLC to stay the deadlines in this case pending a ruling on its Motion to Compel Arbitration and Stay Proceedings [dkt. #4 ]. The court grants the motion to stay the deadlines pursuant to Fed. R. Civ. P. Local Rule 16.00(C), pending the resolution of the Motion to Compel Arbitration and Stay Proceedings.

IT IS SO ORDERED.

February 24, 2010
Columbia, South Carolina

Joseph F. Anderson, Jr.
United States District Judge